UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA<br><br>Plaintiff,<br><br>v.<br><br>HARRY H. JOH CONSTRUCTION INC.,<br><br>Defendant. | Case No. 2:17-cv-07272 SJO (SSx)<br><br>Hon. S. James Otero<br>Courtroom 10C<br><br>**ORDER GRANTING JOINT STIPULATION FOR PROTECTIVE ORDER** |

**ORDER**

Having considered the Joint Stipulation For Protective order, and good cause having been shown, the Court hereby orders that:

1. The concurrently filed Joint Stipulation For Protective Order is hereby entered.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: 1/8/19                                              _____/S/_____
                                                           HON. SUZANNE H. SEGAL
                                                           United States Magistrate Judge